**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward Goldwater, | No. CV 06-2950-PHX-SMM (DKD) |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County Superior Court, et. al., | |
| Defendants. | |

## I. Background

Plaintiff Edward Goldwater, currently confined in the Arizona State Prison Complex in Florence, Arizona, has filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. Plaintiff has also filed an Application to Proceed In Forma Pauperis (Doc. #4). Under penalty of perjury, Plaintiff averred that he had filed one prior lawsuit in the U.S. District Court (Doc. # 4 at 1) and that this action was not dismissed as frivolous or for failure to state a claim.

A search of the Court records reveals that Plaintiff has filed 21 lawsuits in the U.S. District Court in Phoenix, Arizona. Three of these actions were dismissed pursuant to 28 U.S.C. §1915(g) for failure to state a claim: CV99-1534-PHX-RGS (SLV); CV02-0704-PHX-SMM (DKD); and CV00-0835-PHX-SMM (DKD).

**TERMPSREF**

**II.    Three Strikes Provision 28 U.S.C. § 1915(g)**

28 U.S.C. § 1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Prior to bringing this lawsuit, Plaintiff had three actions dismissed for failure to state a claim pursuant to 28 U.S.C. §1915(g): Goldwater v. Arizona State Chiropractic Board, et al., CV99-1534-PHX-RGS (SLV) (January 20, 2000 dismissal order (Doc. #28)) and judgment (Doc. #30); Goldwater v. Leisksi, CV02-0704 PHX-SMM (DKD) (May 7, 2002 order of dismissal (Doc. #3)) and judgment (Doc. #4) and Goldwater v. Maricopa County, et al., CV00-0835-PHX-SMM (DKD) (March 26, 2002 order of dismissal (Doc. #147)) and judgment (Doc. #148). Therefore, Plaintiff may not bring any civil action without complete prepayment of the $350.00 filing fee unless he is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

**II.    Failure to Allege Imminent Danger of Serious Physical Injury**

In his Complaint, Plaintiff alleges violations of the equal protection clause under the ADA; violations of his fifth amendment rights and the double jeopardy clause and violations of his fourteenth amendment right to due process and a fair trial. Accordingly, he is not entitled to proceed *in forma pauperis*, and his Complaint must be dismissed for failure to pre-pay the $350.00 filing fee.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS THEREFORE ORDERED**:

(1) That Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. #4) is **DENIED**; and

(2) That the Complaint and this action are **DISMISSED** for failure to pre-pay the $350.00 filing fee pursuant to 28 U.S.C. § 1915(g). The dismissal is without prejudice to the filing of a prepaid complaint.

DATED this 29th day of December, 2006.

Stephen M. McNamee
United States District Judge

- 3 -